UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard E. Leventhal,

    Plaintiff,

v.                                                                        Civil No. 17-5122 (JNE/LIB)
                                                                      ORDER

Barry Boline, et al.,

    Defendants.

In a Report and Recommendation ("R&R") dated December 11, 2017, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that the Court transfer this action to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1406(a). ECF No. 5. Plaintiff responded that he agrees with the R&R. ECF No. 6. Based on a de novo review of the record, the Court accepts the conclusions of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

1. This action is TRANSFERRED to the United States District Court for the Eastern District of Wisconsin.

2. The Clerk of the Court is directed to take all steps necessary to effectuate this transfer.

Dated: February 1, 2018

                                                                                s/ Joan N. Ericksen
                                                                                JOAN N. ERICKSEN
                                                                                United States District Judge